Opinion issued December 14, 2006 






 

In The

Court of Appeals

For The

First District of Texas

___________


NOS 01-06-01058-CR

 01-06-01059-CR

____________


KENDERICK BERNARD WEBB Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 337th District Court 

Harris County, Texas

Trial Court Cause Nos. 1036879 and 1036880






MEMORANDUM OPINION

 We lack jurisdiction to hear these appeals. The trial court sentenced
appellant, Kenderick Bernard Webb, and signed a final judgment in each case on
March 30, 2006. Appellant did not file a motion for new trial in either case, and
therefore the deadline for filing a notices of appeal was 30 days after sentencing in
each case. See Tex. R. App. P. 26.2(a)(1). Specifically, the deadline for filing notice
of appeal in each case was Monday, April 1, 2006, because the thirtieth day after
sentencing fell on a weekend. Tex. R. App. P. 4.1(a), 26.2(a)(1).

 Appellant filed notices of appeal in each case on October 25, 2006, 209
days after the deadline. The notices of appeal were deposited in the mail on October
23, 2006, according to the postmark on the copy of the envelope included in the
clerk's record. Because the notices of appeal were mailed after the filing deadline,
they did not comply with Rule 9.2 of the Texas Rules of Appellate Procedure, the
"mailbox rule." See Tex. R. App. P. 9.2(b). 

 An untimely notice of appeal fails to vest the appellate court with
jurisdiction to hear the case. Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim.
App. 1998); Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); Douglas
v. State, 987 S.W.2d 605, 605-06 (Tex. App.--Houston [1st Dist.] 1999, no pet.).

 We therefore dismiss these appeals for lack of jurisdiction.

 Any pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).